| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 08/27/2010 | 0568 | Allison A. Causey | 5070 | 7.00 | 0.10 | 0.70 | Copies | 4098545 |
| 09/13/2010 | | Invoice=743332 | | 7.00 | 0.10 | 0.70 | | |
| 01/26/2011 | 0568 | Allison A. Causey | 5070 | 8.00 | 0.10 | 0.80 | Copies | 4296864 |
| 02/23/2011 | | Invoice=782357 | | 8.00 | 0.10 | 0.80 | | |
| 02/25/2011 | 0568 | Allison A. Causey | 5070 | 2.00 | 0.10 | 0.20 | Copies | 4335380 |
| 03/30/2011 | | Invoice=790718 | | 2.00 | 0.10 | 0.20 | | |
| 03/08/2011 | 9134 | Jackson, MS | 5081 | 1.00 | 137.00 | 137.00 | Vendor Copies - Walt Disney Parks and Resorts | 4358291 |
| 04/13/2011 | | Invoice=796960 | | 1.00 | 137.00 | 137.00 | U.S., Inc. | |
| | | | | | | | Bank ID: PCOPER Check Number: 70037340 | |
| | | Voucher=775399 Paid | | | | | Vendor=Walt Disney Parks and Resorts U.S., Inc. Balance= | |
| | | | | | | | .00 Amount= 137.00 | |
| | | | | | | | Check #70037340 03/29/2011 | |
| 03/28/2011 | 0568 | Allison A. Causey | 5070 | 12.00 | 0.10 | 1.20 | Copies | 4373258 |
| 04/13/2011 | | Invoice=796960 | | 12.00 | 0.10 | 1.20 | | |
| 04/28/2011 | 0568 | Allison A. Causey | 5070 | 60.00 | 0.10 | 6.00 | Copies | 4410285 |
| 05/10/2011 | | Invoice=804070 | | 60.00 | 0.10 | 6.00 | | |
| 08/29/2011 | 0568 | Allison A. Causey | 5070 | 400.00 | 0.10 | 40.00 | Copies | 4568430 |
| 09/09/2011 | | Invoice=834900 | | 400.00 | 0.10 | 40.00 | | |
| 08/29/2011 | 0568 | Allison A. Causey | 5070 | 2.00 | 0.10 | 0.20 | Copies | 4568431 |
| 09/09/2011 | | Invoice=834900 | | 2.00 | 0.10 | 0.20 | | |

EXHIBIT A



# Bond | Benoist
COURT REPORTING

Madison Office:
Post Office Box 1576
Madison, Mississippi 39130
p. 601.951.8308

Oxford Office:
Post Office Box 2817
Oxford, Mississippi 38655
p. 662.832.3002

f. 601.608.7881
bondreporters@gmail.com

**Invoice Number:** 1385

**Invoice Date:** 3/21/2011

**Reporter:** Lindsey P. McIntosh

**Billing Address:**

Timothy W. Lindsay, Esquire
Ogletree, Deakins, Nash, Smoak & Stewart
100 Renaissance, Suite 200
Ridgeland, Mississippi 39157

**Case Caption:**

Victor Chambers vs. Sodexo, Inc., et al.
Civil Action No. 5:10-CV-77-DCB-JMR

**Date of Deposition: 3/8/2011**

| Qty | Product Description | | Amount |
|---|---|---|---|
| 1 | Transcribing the deposition of Victor Chambers, plus reporter appearance fee | | $517.15 |
| | Vendor # ____ Location # 134 Approved by AKC Date 3-22-11 Timekeeper # 9134 G/L Code 02012 Client Matter # 008068-000015 Cost Code 5200 Voucher # ____ Pay Date ____ | | |
| | | Subtotal: | $517.15 |
| | | Shipping/Exhibit Copy Fee | $0.00 |
| | | Grand Total: | $517.15 |

Please remit payment within 30 days to:

SCANNED
Date: 3-29-2011
AKC

**Bond & Benoist**
**Post Office Box 1576**
**Madison, Mississippi 39130-1576**

(TIN 26-4138948)

**THANK YOU FOR YOUR BUSINESS!**



# Walt Disney Parks and Resorts U.S., Inc.

March 2, 2011

**VIA UPS**

Timothy W. Lindsay, Esq.
100 Renaissance, Ste 200
1022 Highland Colony Parkway
Ridgeland, MS 39157

    Re:    **Victor Chambers**

Dear Mr. Lindsay:

    Pursuant to your Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action directed to Walt Disney Parks and Resorts U.S., Inc., enclosed please find the employment records of Victor Chambers consisting of the payroll, personnel and first aid records. We do not have any workers' compensation records pertaining to Mr. Chambers. In lieu of the time cards, enclosed are the payroll records that reflect the number of hours worked each week by Mr. Chambers and the enclosed record card reflects any absences or tardiness. There is a $137.00 reproduction charge for these records. Please forward payment, made payable to Walt Disney Parks and Resorts U.S., Inc., to my attention at your earliest convenience. Our Federal Tax ID Number is 95-2412883.

    In addition to serving WDPR for the employment records (which consists of the payroll, personnel, first aid and workers' compensation records), we must also require a separate subpoena to be issued to each individual benefit plan seeking any records relating to benefits. Separate HIPPA compliant subpoenas with a Certificate of Non-Objection should be issued to The Signature Benefits Plan, The Disney Salaried Retirement Plan, Disney Associated Companies' Retirement Plan, Disney Savings and Investment Plan – (401(k) plan), Disney Hourly Savings and Investment Plan – (401(k) plan), The Walt Disney Company Amended and Restated 1995 Stock Incentive Plan and The Walt Disney Company 2005 Stock Incentive Plan if you seek those records. Since you have already served a subpoena for records, you may serve the subpoenas for the benefit records via facsimile to (407) 828-5541. Since these records are not maintained in Florida, I do know if I will be able to have these records in time for the deposition next week.

    If you should have any questions, you may contact me at (407) 828-1750.

Very truly yours,

*Mary Taylor*
Mary Taylor
Senior Paralegal Specialist

\jam
Enclosures

Post Office Box 10000, Lake Buena Vista, Florida 32830-1000

© Disney