IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

VICTOR CHAMBERS                                                                                          PLAINTIFF

V                                                               CIVIL ACTION NO.5:10CV77-DCB-RHW

SODEXO, INC.; AND SDH
EDUCATION EAST, LLC.                                                                                 DEFENDANTS

**ORDER GRANTING JOINT MOTION
TO EXTENDTHE MOTION *IN LIMINE* DEADLINE**

THIS CAUSE having come before the Court on the parties Joint Motion to Extend the Motion *in Limine* Deadline, and the Court, being fully advised in the premises, finds that the Motion is well-taken and should be granted.

IT IS THEREFORE, ORDERED AND ADJUDGED, that the parties shall have fourteen additional days until April 3, 2013 to file motions *in limine*.

SO ORDERED, this the 26th day of March, 2013.

s/David Bramlette
UNITED STATES DISTRICT JUDGE